DECLARATION OF BILLY JACK GRAY #1592792

I, Billy Jack Gray hereby declare under penalty of perjury that the following statement is true and correct to the best of my knowledge and belief:

I am over 18 years of age, of sound mind and competent to testify to the matters declared here in.

I have been in disciplinary segregation unit (DSU) since July 15 2021 when I was placed there at Snake River Correctional Institute. I was then transported from SRCI to Oregon State Correctional Institute (OSCI) segregation to segregation on July 28 2021. I've been in solitary confinement for about 95 days now. I was given a 180 days in DSU and release date of January 10 2021 back to general population (GP) or Intensive Management Unit, (IMU) for further solitary confinement. It is difficult to express how it feels to be left alone in a cage for six months to a year at a time. The first 30 days are the most degrading and dehumanizing. You are not allowed to buy any basic Hygiene: no wash cloth, no toothpaste, no soap, no floss, and no deoderant. All you can buy are 20 Envelopes for the first 30 days. You are also on 30 days no out door recreation your only exercise oppertunity is to go from a 8x8 cage/cell to a 4x40 cage on the tier. You are allowed to rec 5 days a week for 30-40 minutes. It feels like you are constantly dirty and trapped and alone. For hygiene you are given a one fluid ounce cup of soap and another one fluid ounce cup of baking soda to brush your teeth with. Before your 30 days of no out door recreation are up you have your hearing and usually get sanctioned to Loss of privileges, which means you are confined 8x8 cell for an additional 14 to 28 days of no yard at all. The only time you leave your cell is to and from a 10 minute shaver

three days a week in hand cuffs. When you are transferred from one prison to another all of your mail is delayed Sometimes for weeks. DSU prisoners are denied phone calls, so you are deprived of all contact with your family for weeks. This is how you break a person. I have and am experancing trouble sleeping, depression, anxity, Panic attacks, Paranion, anger, emptiness, hopelessness and lack of concentration. I have trouble staying focused on one task without jumping around or feeling overwhelmed. I've reached out to Behavioral Health Services (BHS) (i.e., mental health counselors) for help since August 16, 2021, asking to talk to someone because of trouble sleeping, stress, Panic attacks, feelings of the walls closing in. The response I got was "You're not on a BHS case load at this time. Send a Kyte for services after you get out of DSU if you need support." It took me weeks to finally get any kind of support and an evaluation done after repeatedly being refused services. I still have the Kytes of refusal and telling me there is nothing they can do for me until I release from DSU. It is hard enough to admit that I need help and to tell a stranger that I don't feel right... I can put into words the fastration and hurt I felt when I was refused help. Around or about September 14, 2021, I was finally seen by MRs Gates, the OSCF BHS manager and started receiving help. On October 15, 2021 I received a BHS radio to help with the constant yelling and screaming in DSU. And so I could pace and listen to music and try to calm myself. It has been 2 months since I reached out and I have still not met with a provider to see if I need medication. I have panic attacks every couple days now and don't get more then a couple hours sleep most nights. I'll be like this

a week or so and then sleep most the day for a couple days. I feel empty and have trouble responding to mail from my friends and family. It is like I'm numb and have nothing to give. Anything I say will only worry them so I say nothing. I have been in prison 10 almost 11, years now. I came into Oregon Department of Corrections (ODOC) custody on April 21 2011. Since then, I have served 50 months in DSU and IMU solitary confinement so far. I have been in DSU at (EOCI) Eastern Oregon Correctional Institution, Oregon State Penitentiary (OSP), and Snake River Correctional Institution (SRCI) and now Oregon State Correctional Institution (OSCI). This is, by far, the worst one. Small cells 8x8, no hygiene for 30 days, no phones, no tablets and an attitude of staff that we deserve to be punished harshly and deserve nothing positive. They just started selling Radios on Oct 14, 2021. (to be received October 21 2021) EOCI and OSP both allow you to use the phone after your first 30 day and every 14 days there after for 10-15 minute phone calls. They also have tablets that you can watch movies on, message family, and listen to music I'm not sure how long you can use them or how often. Even those couple things really helps ease stress being able to talk to loved ones in real time. Having a movie to look forward to and escape into really helps the mood and feel a little more human. There is no color in here no happiness just despair and depression. So to leave here by watching a movie really helps bring some happiness specially comedy movies and some laughs. The Indoor and Outside yard are basically smaller or same size cages as your cell. Sorry I'm jumping a head OSCI has phones prisoners can use but

— Declaration of Billy Jack Gray #15927192

they refuse us. Tablets and phones are easy to provide to prisoners in Solitary/DSU to help cope with the effects of Solitary. The yards indoor and outside are just as confining if not more so as my 8x8 cell. You are allowed outside recreation Monday, Wednesday, and Thursday for 40 minutes. It is basically a 10x10 dog kettle with a pull up bar there is little to no color. The high light is you can finally see the other prisoners though the cage. OSCI Keep cancelling it on a regular bases. I had 28 days (Lop) Loss of privileges I believe from September 13 2021 to October 10 2021. I was unable to leave my cell except to shower. It is no October 17 2021 and I still haven't been allowed outside. We are lucky to go outside once or twice a week rarely do they run 3 a week. The conditions in DSU statewide are degrading, dehumanizing and unconstitutional, but OSCI takes it to the next level. This is barbaric. This does not help rehabilitate anyone. Throwing me in an 8x8 cell for 180 days and forgetting me does nothing to help me. I have trouble stay in General population more then a year. Most prisons offer very little programing or counseling for prisoners in DSU. SRCI has the GOGI (Getting Out by Going In) So does EOCI. GOGI is a class taught by prisoners for prisoners. A Prisoner from GP comes to a room in DSU where about six prisoners a chained to tables for a one hour class and work on positive change. You can also stay in the program after release to GP from DSU. I've done this program in both settings and like it feel it really gives me tools to cope and other prisoners going through the same thing as me. There are no programs in DSU at OSCI nothing to prepare

Page 4 of 5 — Declaration of Billy Jack Gray #15927192

you to rejoin General population. After six months to a year in solitary, general population is a lot to take in. My senses are overwhelmed. I feel nervous to have people so close to me. Being in a constant state of a fight or flight, feeling is the best I can describe it. I'm easily annoyed and quick to anger over the looks some people give me or for standing too close to me in the crowded chowhall or canteen line. In the cell I feel like my roommate is purposely doing things to annoy me. It can sometimes lead to cell fights. I have to remind myself it is me, not them. I'm used to being alone it takes months to adapt and I try to make sure I have a cell partner who has done DSU and IMU time. That way they understand that I'm just tripping and need time to adjust to General population and the sensory overload. I don't have all the answers but I know that solitary has made me worse not better. I need help not to be locked away and forgotten. I'm still having panic attacks and feeling trapped, empty, alone and hopeless. I'm doing 52 more years and this is my life. Solitary confinement locked away instead of helped. What makes it worse is I want and need help. I am willing to do counseling and programs. I know I'm troubled and I want my life to be more than this. I want to have purpose. I don't want to feel like this anymore I feel lost...

Pursuant to 28 USC§1746 and ORCP 1E, I understand that any statement made herein that is not true and correct to the best of my knowledge and belief will subject me to the penalties of perjury. With that knowledge I hereby affix my true and correct signature

Page 5 of 6 – Declaration of Billy Jack Gray #15927192

Dated this 17 day of October, 2021

Respectfully submitted,

Billy Gray

Billy Jack Gray, Declorant Pro Se
SID # 15927192
Oregon State Correctional Institution
3405 Deer Park Drive SE
Salem OR 97310

Page 6 of 6 - Declaration of Billy Jack Gray #15927192