DECLARATION OF JEREMY F HAY SID# 14234226

I, Jeremy Hay, hereby declare under the penalty of perjury that the following statement is true and correct to the best of my knowledge and belief:

I am over 18 years of age, of sound mind and competent to testify to the matters declared herein.

I became a Department of Corrections (D.O.C.) inmate in June 2021. By August I was transported to Oregon State Correctional Institute's (O.S.C.I.) Disciplinary Segregation Unit (D.S.U.). For a prison first timer this has been a frightening and painful eye opener. I had no idea what prison solitary confinement was like or the physical and mental toll that it takes on a person.

At first I was placed in cell 8 on tier 1; a dark and absolutely filthy cell. I was given 3/4 oz of liquid hand soap per day and baking soda to brush my teeth with. Of the 3 books I was given, only 1 was in English. All total I spent about 2 weeks in cell 8. I read whenever there was enough light to see the words and slept when possible. My thoughts were filled with fear

page 1 of 8
Declaration of Jeremy Hay   SID # 14234226

and dispair. Even more so when at my hearing, I received the maximum 120 days in D.S.U. and 28 days loss of privileges (L.O.P.).

I started having pains in my neck and upper and lower back after about a week. Getting up, moving around and stretching is very dificult in an 8'x8' cell with a concrete bed, toilet and sink.

Half of my time spent in cell 8 was me trying to ignore some of the other inmates. They were banging on the walls, shaking the bars and screaming; sometimes threatening violence or sexual assault. I would stuff toilet paper into my ears in an attempt to block it all out, but when your only human interaction is from the other inmates, it stops being effective after a day or two. The only reprieve from that noise was at around 10 pm when the exhaust fan was turned on. The 240 volt fan is so loud that you cannot hear the other inmates anymore, but, it took a while for me to be able to sleep with it on. Now I am used to and sometimes wonder how I will be able to sleep without it. I am pretty sure that it is damaging my hearing, and I am positive that is a source of anxiety, confusion and my new inability to concentrate.

Page 2 of 8
Declaration of Jeremy Hay SID# 14231226

Throughout D.S.U., showers 3 times per week. You cannot order hygiene products from the commissary until you have been in D.S.U. for at least 30 days. For showers you are issued 3/4 oz of that same liquid soap to wash your hair and body with.

For the first 50 days in D.S.U. you are a "walk" 5 days a week. The walk consists of just another cell on the tier with a pull up bar. After my hearing I was not eligible for any walks because I was on L.O.P. for 28 days.

Once you have been in D.S.U. for 30 days and provided you're not on L.O.P. you are eligible to sign up for "yard"; a cage located outside. I have signed up for yard approximately 15 times but have only actually been outside one time. Yard is constantly being cancelled by DSU staff for one reason or another.

After about 2 weeks in cell 8 I was moved upstairs to tier 4 cell 43; one of the "long term" D.S.U. housing areas.

Cell 43 is the same size as cell 8 but more cramped with the addition of a metal desk and stool.

page 3 of 8
Declaration of Jeremy Hay   SID # 14234226

The light is located inside of the cell instead of outside the bars like in Cell B. There is an audio jack with 5 radio stations to listen to. The location of the jack is in the center of the 18" gap between the toilet and the bed. You have to either sit on the toilet or lay on the side of the bed for the earbuds to reach you. The volume is so loud that it is impossible to place the earbuds directly into your ears. I stuff toilet paper into my ears and then just hold them up by the side of my head.

Since in D.S.U. I have developed lower back pain & muscle cramps.

I can only read for 10-15 minutes at a time. The words are blurry & I quickly get a headache. My last eye exam was in June and I was told I had 20/20 vision. I sent a kyte on or about October 1, 2021 but have not received a response.

Since my first week in D.S.U. I have been experiencing constant and severe anxiety with full blown panic attacks. I sent a kyte to Behavioral Health services (B.H.S.) on September 12, 2021 asking for help. I stated that I was experiencing anxiety and panic

page 4 of 8
Declaration of Jeremy Hay   SID # 14234226

attacks from being cooped up in my cell and that I can only sleep for 10-20 minutes at a time, if at all. The next day, I was seen by the crisis responder. She said that there wasn't much they could for me while I am in DSU. She said that she could tell from our 10 minute conversation that I was defenetly not a B.H.S. case and gave me a packet of information and exercises to do. She also recommended that I count the bricks in my cell and go out to yard. There are no bricks in our cells + when I told her that I was still on L.O.P. she said that there is no such thing as L.O.P. while in D.S.U. She was obviously opperating on incorrect information, or DSU is being run incorrectly. On September 28, 2021 I sent a kyte to BHS saying, "I have tried the exercises in the packet you gave me. The constant panic attacks, lack of appetite and very little sleep has not improved." The practicioner responded saying to keep trying the exercises and to "keep sleep hygiene". On October 5, 2021 I sent another kyte to B.H.S. saying again that the exercises still weren't working + requesting to be evaluated. I did not receive the response until October 14, 2021 which said, "Unforlunatly we do not do evaluations in DSU. because it is hard to get a clear picture of the person. Would

Page 5 of 8
Declaration of Jeremy Hay   SID # 14234226

you like Sodoku's, word searches, crosswords, etc." I am currently in the grievance filing process with BHS and trying to get some help.

On September 29, 2021 I sent a kyte to Dental after my tooth broke and the exposed nerve starting causing severe pain in the tooth and whole right side of my face. The Kyte stated, "I need to please see a dentist ASAP. This is an emergency. The pain gets so bad that I have a hard time eating, talking, and sleeping - the gums are swollen and hot to touch." Over 2 weeks later I finally got a response back saying, "Will schedule you for an eval." That was on October 14, 2021 and I am still trying to get help. I have started the grievance process with Dental.

On September 14, 2021 I filed a grievance against DSU. Opperations because the showers that we share with the quarantined cells were only being cleaned a couple of times per week. It took a while to see results but the grievance was accepted and the showers are now cleaned up to 6 times per week.

Today is day 63 in DSU. My neck and back hurts. My vision is blurry. I get headaches. I have anxiety and panic attacks. I have trouble

Page 6 of 8
Declaration of Jeremy Hay  SID# 14234226

concentrating and I've lost all hope of getting any help from the Department of Correction's Services

As a Commercial fisherman for 15 years I am no stranger to solitude. After literally thousands of days at sea I would have thought I'd be better prepared for something like this. I'm barely over halfway done with my solitary Confinement and the thought of being stuck in this cell for another 2 months is depressing and scarey. Every day seems like an eternity

DSU does offer the opportunity time off of your Solitary Confinement. They call it good time. You can get good time by filling out a worksheet that is actually a template for a detailed confession of what you did to be put in DSU. Since a lot of people face possible "Outside Charges" stemming from their D.R. (disciplinary report), a signed and dated confession seems like a bad idea

I have all Communication kytes and grievances saved to backup my statements and will make copies available on request

Page 7 of 8
Declaration of Jeremy Hay SID# 14234226

Pursuant to 28 USC § 1746 and OR CPIE, I understand that any statement made herein that is not true and correct to the best of my knowledge and belief will subject me to the penalties of perjury. With that knowledge I hereby affix my true and correct signature.

Dated this 17 day of October, 2021.

Respectfully submitted,

Jeremy Hay

Jeremy Hay, declarant pro se
SID# 14234226
Oregon State Correctional Institution
3405 Deer Park dr. SE
Salem, OR    97310

Page 8 of 8
Declaration of Jeremy Hay  SID# 14234226