ELLEN F. ROSENBLUM
Attorney General
SHANNON M. VINCENT #054700
Senior Assistant Attorney General
KENNETH C. CROWLEY #883554
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Shannon.M.Vincent@doj.state.or.us
        Kenneth.C.Crowley@doj.state.or.us

Attorneys for Defendant Jerry Plante

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARK WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY PLANTE, and JOHN DOES 1-10,<br><br>    Defendants. | Case No. 6:21-cv-01606-SI<br><br>SHANNON VINCENT'S DECLARATION IN SUPPORT OF DEFENDANT JERRY PLANTE'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |

I, Shannon Vincent, hereby declare:

1.    I am one of the attorneys of record for Defendant Jerry Plante in this matter and make this declaration from personal knowledge.

2.    A true and correct copy of an email that I received from plaintiff's counsel in this matter (excluding attachments) on Monday, November 22, 2021, at 4:44 p.m. is attached to this declaration as Exhibit 1.

Page 1 -   DECLARATION OF SHANNON VINCENT
      SMV/jm8/Wilson 1606 PLD Vincent Declaration iso Def's response to TRO.docx

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

3.     The November 22, 2021, email was my first notice that plaintiff had filed his complaint in this case on November 4, 2021, and the first I had heard from plaintiff's counsel since communicating with him about this matter on September 29, 2021, as set forth in the concurrently filed declaration of Matthew J. Lysne.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on November 23, 2021.

           *s/ Shannon Vincent*
    SHANNON VINCENT

Page 2 -   DECLARATION OF SHANNON VINCENT
SMV/jm8/Wilson 1606 PLD Vincent Declaration iso Def's response to TRO.docx
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

| | |
|---|---|
| **From:** | Juan Chavez <jchavez@ojrc.info> |
| **Sent:** | Monday, November 22, 2021 4:44 PM |
| **To:** | Vincent Shannon M |
| **Cc:** | Franz Bruggemeier; Jonny Gersten |
| **Subject:** | Wilson v. Plante, et. al.: Complaint/Temporary Restraining Order |
| **Attachments:** | 1 Complaint.pdf; 3 TRO.pdf; 7 TRO McKinney Dec.pdf; 8 TRO Manning Dec.pdf; 9 TRO Gray Dec.pdf |

**\*CAUTION EXTERNAL EMAIL\* This email originated from outside of DOJ. Treat attachments and links with caution. \*CAUTION EXTERNAL EMAIL\***

Hi Shannon,

Hope you've been well. We filed the above case earlier in the month, and just filed our Motion for Temporary Restraining Order. If you are willing to accept service, Judge Simon says that we can have a hearing on the TRO Wednesday morning at either 9:00 am or 10:00 am. (Tried attaching everything to this email, but met the file size limit. I'll send a follow up with more declarations.)

Best,
Juan

--
Juan C. Chavez
Pronouns: he/him/his

Oregon Justice Resource Center
PO Box 5248
Portland OR  97208
Tel: 503-944-2270 ext. 212
Fax: 971-275-1839
Protonmail: chavezojrc@protonmail.com

NOTICE: This email message and any attachment(s) is/are for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

# CERTIFICATE OF SERVICE

  I certify that on November  29 , 2021, I served the foregoing SHANNON VINCENT'S DECLARATION IN SUPPORT OF DEFENDANT JERRY PLANTE'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Juan C. Chavez | ___ HAND DELIVERY |
| Franz H. Bruggemeier | ___ MAIL DELIVERY |
| Oregon Justice Resource Center | ___ OVERNIGHT MAIL |
| PO Box 5248 | ___ TELECOPY (FAX) |
| Portland, OR 97208 | _X_ E-MAIL |
|  *Attorneys for Plaintiff* | _X_ E-SERVE |

         *s/ Shannon M. Vincent*
         SHANNON M. VINCENT #054700
         Senior Assistant Attorney General
         KENNETH C. CROWLEY #883554
         Senior Assistant Attorney General
         Trial Attorney
         Tel (503) 947-4700
         Fax (503) 947-4791
         Shannon.M.Vincent@doj.state.or.us
         Kenneth.C.Crowley@doj.state.or.us
         Of Attorneys for Defendant

Page 1 -   CERTIFICATE OF SERVICE
    SMV/jm8/151894191.docx

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791