ELLEN F. ROSENBLUM
Attorney General
SHANNON M. VINCENT  #054700
Senior Assistant Attorney General
KENNETH C. CROWLEY #883554
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Shannon.M.Vincent@doj.state.or.us
          Kenneth.C.Crowley@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| MARK WILSON, | Case No.  6:21-cv-01606-SI |
|---|---|
| Plaintiff, | NOTICE OF ASSOCIATION |
| v. | |
| JERRY PLANTE, and JOHN DOES 1-10, | |
| Defendants. | |

### NOTICE OF ASSOCIATION OF COUNSEL

Defendant Jerry Plante hereby gives notice that Kenneth C. Crowley, Senior Assistant Attorney General, is now an additional counsel of record in this proceeding.  Shannon Marie Vincent, Senior Assistant Attorney General, continues as lead counsel.

Page 1 -    NOTICE OF ASSOCIATION
           SMV/jm8/191138739

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

The address for the receipt of all correspondence and pleadings remains the same.

DATED December 8, 2021.

                                                    Respectfully submitted,

                                                    ELLEN F. ROSENBLUM
                                                    Attorney General

                                                    *s/ Shannon M. Vincent*
                                                    SHANNON M. VINCENT #054700
                                                    Senior Assistant Attorney General
                                                    KENNETH C. CROWLEY #883554
                                                    Senior Assistant Attorney General
                                                    Trial Attorney
                                                    Tel (503) 947-4700
                                                    Fax (503) 947-4791
                                                    Shannon.M.Vincent@doj.state.or.us
                                                    Kenneth.C.Crowley@doj.state.or.us
                                                    Of Attorneys for Defendant

Page 2 -    NOTICE OF ASSOCIATION
        SMV/jm8/191138739

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791