**Juan C. Chavez**, OSB #136428
**Franz H. Bruggemeier**, OSB #163533
**Ben Haile**, OSB #040660
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503-944-2270
Facsimile: 971-275-1839

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARK WILSON <br><br>         Plaintiff, <br>    v. <br><br> JERRY PLANTE, RONNIE FOSS, CRAIG PRINS, JOSH HIGHBERGER, MELISSA NOFZIGER, COLLETTE PETERS, MARIA D. GARCIA, and JOHN DOES 1-10. <br><br>         Defendants. | Case No. 6:21-cv-01606-SI <br><br> PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY <br><br><br> ***Opposed*** |

## **LR 7-1 Certification**

Pursuant to LR 7-1, plaintiff conferred with defendants' counsel, Shannon Vincent, who

on behalf of Defendants does oppose this motion.

## __Motion__

Plaintiff moves this Court for leave to file a sur-reply to *Reply in Support of Defendants'*
*Partial Motion to Dismiss Plaintiff's Second Amended Complaint.* ECF No. 53. This motion is
supported by the attached *Declaration of Juan Chavez*. In their Reply, Defendants raise new
arguments regarding the application of *Heck v. Humphrey*, 512 U.S. 477 (1992) and provided
other authorities not presented in Defendants' Partial Motion to Dismiss Plaintiff's Second
Amended Complaint. ECF No. 53. As Defendants bore the burden of proving that a *Heck*
preclusion applied, by not formulating these theories in their initial briefing, Plaintiff needs to be
able to address the new issues raised in Defendants' Reply brief in a sur-reply. Plaintiff has
included a draft of his Sur-Reply as Exhibit 1.

Based on the foregoing, Plaintiff respectfully requests leave to file Exhibit 1 as a Sur-
Reply to Defendants' Motion for Partial Dismissal.

Dated May 25, 2022.

Respectfully submitted,

*/s/ Juan Chavez*
Juan Chavez, OSB #136428
Attorney for Plaintiff