ELLEN F. ROSENBLUM
Attorney General
SHANNON M. VINCENT #054700
Senior Assistant Attorney General
KENNETH C. CROWLEY #883554
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Shannon.M.Vincent@doj.state.or.us
       Kenneth.C.Crowley@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARK WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERRY PLANTE, RONNIE FOSS, CRAIG PRINS, JOSH HIGHBERGER, MELISSA NOFZIGER, COLLETTE PETERS, MARIA D. GARCIA, and JOHN DOES 1-10,<br><br>　　　　Defendants. | Case No.  6:21-cv-01606-SI<br><br>DECLARATION OF SHANNON VINCENT IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND TIME (FIRST) |

I, Shannon Vincent, hereby declare:

　　1.　　I am an attorney licensed to practice law in the State of Oregon and am a Senior Assistant Attorney General for the State of Oregon.

　　2.　　I am one of the attorneys assigned to represent the defendants in the above-captioned case and have personal knowledge of the matters set forth herein.

Page 1 -　DECLARATION OF SHANNON VINCENT IN SUPPORT OF DEFENDANTS'
　　　　　　MOTION TO EXTEND TIME (FIRST)
　　　　　SMV/jm8/520662929

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

3. On July 7, 2022, the Court entered an order denying defendants' partial motion to dismiss plaintiff's Second Amended Complaint. According to defendants' calculations, under FRCP 15(a)(3), their answer to plaintiff's Second Amended Complaint is currently due **July 21, 2022**.

4. Over the course of the last two weeks, I was assigned to a state habeas matter that required immediate work due to a pending show cause order. Due to my other intervening time-intensive, time-sensitive work, I have not had sufficient time to prepare defendants' answer to all of the allegations in plaintiff's Second Amended Complaint.

5. Accordingly, defendants are requesting a one-week extension of time—through **July 28, 2022**—within which to file their answer.

6. This request is made in good faith and not for the purposes of delay.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on July 21, 2022.

                                      *s/ Shannon M. Vincent*
                                      SHANNON M. VINCENT
                                      Senior Assistant Attorney General

Page 2 -   DECLARATION OF SHANNON VINCENT IN SUPPORT OF DEFENDANTS'
             MOTION TO EXTEND TIME (FIRST)
             SMV/jm8/520662929

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791