ELLEN F. ROSENBLUM
Attorney General
SHANNON M. VINCENT  #054700
Senior Assistant Attorney General
KENNETH C. CROWLEY #883554
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Shannon.M.Vincent@doj.state.or.us
              Kenneth.C.Crowley@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARK WILSON,<br><br>        Plaintiff,<br><br>    v.<br><br>JERRY PLANTE, RONNIE FOSS, CRAIG PRINS, JOSH HIGHBERGER, MELISSA NOFZIGER, COLETTE PETERS, MARIA D. GARCIA and JOHN DOES 1-10,<br><br>        Defendants. | Case No.  6:21-cv-01606-SI<br><br>DEFENDANTS' UNOPPOSED MOTION TO DEPOSE PLAINTIFF MARK WILSON<br><br>Fed. R. Civ. P. 30(a)(2)(B) |

### LR 7-1 CERTIFICATE OF CONFERRAL

Defense counsel certifies that they have conferred with plaintiff's counsel, and plaintiff does not oppose this motion.

### MOTION FOR LEAVE TO DEPOSE INMATE

Defendants seek an order allowing the deposition of plaintiff, Oregon Department of Corrections (ODOC) Adult in Custody Mark Wilson (SID #7449142).

Page 1 -    DEFENDANTS' UNOPPOSED MOTION TO DEPOSE PLAINTIFF MARK WILSON
            SMV/jm8/527733998

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

Mr. Wilson is presently incarcerated at Oregon State Correctional Institution (OSCI) in Salem, Oregon.

Defendants seek leave of the Court under Federal Rule of Civil Procedure 30(a)(2)(B) to allow defense counsel to take the deposition of Mr. Wilson.  Defendants intend to schedule the deposition for a time and date that is agreeable to Mr. Wilson, Mr. Wilson's counsel, OSCI, and defense counsel.  The deposition will be taken before a certified court reporter.  In the event of cancellation, the deposition will be rescheduled for a later date and time convenient to the parties.

This motion is supported by the declaration of Shannon Vincent.

DATED August 29, 2022.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General


        *s/ Shannon M. Vincent*
        SHANNON M. VINCENT #054700
        Senior Assistant Attorney General
        KENNETH C. CROWLEY #883554
        Senior Assistant Attorney General
        Trial Attorney
        Tel (503) 947-4700
        Fax (503) 947-4791
        Shannon.M.Vincent@doj.state.or.us
        Kenneth.C.Crowley@doj.state.or.us
        Of Attorneys for Defendant

Page 2 -    DEFENDANTS' UNOPPOSED MOTION TO DEPOSE PLAINTIFF MARK WILSON
        SMV/jm8/527733998

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791