ELLEN F. ROSENBLUM
Attorney General
SHANNON M. VINCENT  #054700
Senior Assistant Attorney General
KENNETH C. CROWLEY #883554
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Shannon.M.Vincent@doj.state.or.us
             Kenneth.C.Crowley@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARK WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY PLANTE, RONNIE FOSS, CRAIG PRINS, JOSH HIGHBERGER, MELISSA NOFZIGER, COLETTE PETERS, MARIA D. GARCIA and JOHN DOES 1-10,<br><br>　　　　　Defendants. | Case No.  6:21-cv-01606-SI<br><br>DECLARATION OF SHANNON VINCENT IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO DEPOSE PLAINTIFF MARK WILSON |

I, Shannon Vincent, declare:

　　　1.　　I am employed as a Senior Assistant Attorney General with the Oregon Department of Justice.  I am one of the attorneys representing defendants in the above-captioned matter.

　　　2.　　I make this declaration in support of Defendants' Unopposed Motion to Depose Plaintiff Mark Wilson.

Page 1 -　DECLARATION OF SHANNON VINCENT IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO DEPOSE PLAINTIFF MARK WILSON
　　　SMV/jm8/527738013

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

3. Defendants seek to depose Oregon Department of Corrections (ODOC) Adult in Custody Mark Wilson (SID #7449142).

4. Mr. Wilson is presently incarcerated at Oregon State Correctional Institution (OSCI) in Salem, Oregon.

5. Defendants intend to schedule the deposition for a time and date that is agreeable to Mr. Wilson, Mr. Wilson's counsel, OSCI, and defense counsel.

6. The deposition will be taken before a certified court reporter.

7. In the event of cancellation, the deposition will be rescheduled for a later date and time convenient to the parties.

8. Counsel for Mr. Wilson does not oppose this motion.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on August 29, 2022.

*s/ Shannon M. Vincent*
SHANNON M. VINCENT
Senior Assistant Attorney General

Page 2 -   DECLARATION OF SHANNON VINCENT IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO DEPOSE PLAINTIFF MARK WILSON
SMV/jm8/527738013

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791