ELLEN F. ROSENBLUM
Attorney General
NATHAN K RIEMERSMA  #164699
Assistant Attorney General
KENNETH C. CROWLEY #883554
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Nathan.K.Riemersma@doj.state.or.us
            Kenneth.C.Crowley@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARK WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY PLANTE, RONNIE FOSS, CRAIG PRINS, JOSH HIGHBERGER, MELISSA NOFZIGER, COLETTE PETERS, MARIA D. GARCIA and JOHN DOES 1-10,<br><br>    Defendants. | Case No.  6:21-cv-01606-SI<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Defendants Jerry Plante, Ronnie Foss, Craig Prins, Josh Highberger, Melissa Nofziger, Colette Peters and Maria D. Garcia hereby gives notice that Nathan K. Riemersma, Assistant Attorney General, is now counsel of record in this proceeding in place of Shannon Marie Vincent, Senior Assistant Attorney General. Kenneth C. Crowley remains as additional Assistant Attorney General in this case.

Page 1 -   NOTICE OF SUBSTITUTION OF COUNSEL
    NKR/ts5/Wilson 1606 PLD NTC of Sub of Counsel

The address for the receipt of all correspondence and pleadings remains the same.

DATED September  19 , 2022.

                                        Respectfully submitted,

                                        ELLEN F. ROSENBLUM
                                        Attorney General

                                        *s/ Nathan K Riemersma*
                                        NATHAN K RIEMERSMA  #164699
                                        Assistant Attorney General
                                        KENNETH C. CROWLEY #883554
                                        Senior Assistant Attorney General
                                        Trial Attorney
                                        Tel (503) 947-4700
                                        Fax (503) 947-4791
                                        Nathan.K.Riemersma@doj.state.or.us
                                        Kenneth.C.Crowley@doj.state.or.us
                                        Of Attorneys for Defendant

Page 2 -   NOTICE OF SUBSTITUTION OF COUNSEL
    NKR/ts5/Wilson 1606 PLD NTC of Sub of Counsel

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on September 19 2022, I served the foregoing NOTICE OF SUBSTITUTION OF COUNSEL upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Juan C. Chavez | ___ HAND DELIVERY |
| Benjamin W. Haile | ___ MAIL DELIVERY |
| Oregon Justice Resource Center | ___ OVERNIGHT MAIL |
| PO Box 5248 | ___ TELECOPY (FAX) |
| Portland, OR 97208 | ___ E-MAIL |
| *Attorneys for Plaintiff* | _X_ E-SERVE |

        *s/ Nathan K Riemersma*
NATHAN K RIEMERSMA #164699
Assistant Attorney General
KENNETH C. CROWLEY #883554
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Nathan.K.Riemersma@doj.state.or.us
Kenneth.C.Crowley@doj.state.or.us
Of Attorneys for Defendant

Page 1 -   CERTIFICATE OF SERVICE
NKR/ts5/151894191

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791