ELLEN F. ROSENBLUM
Attorney General
KENNETH C. CROWLEY  #883554
SHANNON M. VINCENT  #054700
Senior Assistant Attorneys General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Kenneth.C.Crowley@doj.state.or.us
        Shannon.m.vincent@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARK WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY PLANTE, RONNIE FOSS, CRAIG PRINS, JOSH HIGHBERGER, MELISSA NOFZIGER, COLETTE PETERS, MARIA D. GARCIA and JOHN DOES 1-10,<br><br>    Defendants. | Case No.  6:21-cv-01606-SI<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

    Defendants Jerry Plante, Ronnie Foss, Craig Prins, Josh Highberger, Melissa Nofziger, Colette Peters and Maria D. Garcia hereby give notice that Shannon M. Vincent, Senior Assistant Attorney General, is now counsel of record in this proceeding in place of Nathan K. Riemersma, Assistant Attorney General.

Page 1 -    NOTICE OF SUBSTITUTION OF COUNSEL
    KCC/mm8/738277875

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

Kenneth C. Crowley, Senior Assistant Attorney General, continues as lead counsel of record in this case.

The address for the receipt of all correspondence and pleadings remains the same.

DATED February  27 , 2023.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General

        *s/ Shannon M. Vincent*
        KENNETH C. CROWLEY  #883554
        SHANNON M. VINCENT  #054700
        Senior Assistant Attorneys General
        Trial Attorneys
        Tel (503) 947-4700
        Fax (503) 947-4791
        Kenneth.C.Crowley@doj.state.or.us
        Shannon.m.vincent@doj.state.or.us
        Of Attorneys for Defendant

Page 2 -    NOTICE OF SUBSTITUTION OF COUNSEL
    KCC/mm8/738277875

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791