ELLEN F. ROSENBLUM
Attorney General
KENNETH C. CROWLEY #883554
SHANNON M. VINCENT #054700
Senior Assistant Attorneys General
NATHAN K RIEMERSMA #164699
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Kenneth.C.Crowley@doj.state.or.us
          Shannon.M.Vincent@doj.state.or.us
          Nathan.K.Riemersma@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARK WILSON,<br><br>       Plaintiff,<br><br>    v.<br><br>JERRY PLANTE, RONNIE FOSS, CRAIG PRINS, JOSH HIGHBERGER, MELISSA NOFZIGER, COLETTE PETERS, MARIA D. GARCIA and JOHN DOES 1-10,<br><br>       Defendants. | Case No.  6:21-cv-01606-SI<br><br>DEFENDANTS' RESPONSE TO PLAINTIFF'S BRIEF REGARDING PLAINTIFF'S MOTION TO FILE EXCESS PAGES |

      Viewing it as a matter for the Court's discretion, Defendants took no position on

Plaintiff's original motion for leave to file excess pages.  However, now that the Court has asked

Page 1 -   DEFENDANTS' RESPONSE TO PLAINTIFF'S BRIEF REGARDING PLAINTIFF'S
           MOTION TO FILE EXCESS PAGES
           KCC/mm8/839712745

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

for the parties to weigh in on whether there is justification for Plaintiff to file a 194-page brief, Defendants respond as follows:

    None of the three undersigned attorneys representing Defendants have ever encountered a 194-page motion for summary judgment in any case, let alone a motion for *partial* summary judgment in a case like this one.  The due process claims underlying Plaintiff's partial motion are neither novel nor complex.  Plaintiff has not explained how a 194-page brief would assist the parties or the Court in understanding either his legal arguments or the facts underlying his claims.  The time it would take to wade through such a document would be counterproductive for all involved—the Court and the parties, including Plaintiff.  Defendants believe that the issues raised by Plaintiff's motion for partial summary judgment can and should be addressed in a brief of standard length, and no excess pages are needed for the motion, response, or reply.  Defendants take no further position on the motion to file excess pages.

    DATED June 15, 2023.

                                              Respectfully submitted,

                                              ELLEN F. ROSENBLUM
                                              Attorney General

                                              *s/ Kenneth C. Crowley*
                                              KENNETH C. CROWLEY  #883554
                                              SHANNON M. VINCENT #054700
                                              Senior Assistant Attorneys General
                                              NATHAN K RIEMERSMA #164699
                                              Assistant Attorney General
                                              Trial Attorneys
                                              Tel (503) 947-4700
                                              Fax (503) 947-4791
                                              Kenneth.C.Crowley@doj.state.or.us
                                              Shannon.M.Vincent@doj.state.or.us
                                              Nathan.K.Riemersma@doj.state.or.us
                                              Of Attorneys for Defendants

Page 2 -    DEFENDANTS' RESPONSE TO PLAINTIFF'S BRIEF REGARDING PLAINTIFF'S
            MOTION TO FILE EXCESS PAGES
     KCC/mm8/839712745

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791